IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. G-05-07 |
| | § | CIVIL ACTION NO. G-06-324 |
| KENTE AMIN ANTHONY | § | |

**OPINION AND ORDER**

Before the Court is a Report and Recommendation from the United States Magistrate Judge which recommends that the "Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" filed by Kente Amin Anthony, the named Defendant in the above-styled and numbered cause, be dismissed in its entirety. Anthony has filed objections to the Report and Recommendation.

Upon *de novo* review, pursuant to 28 U.S.C. §636(b)(1)(C), this Court agrees with the Magistrate Judge and **FINDS** that Anthony voluntarily waived his right to file a Motion under §2255 as part of his Plea Agreement with the Government and further **FINDS**, in the alternative, that Anthony's asserted grounds for relief are without merit. The Report and Recommendation is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is the **ORDER** of this Court that the "Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Instrument no. 43) of Kente Amin Anthony is **DISMISSED in its entirety**.

**DONE** at Galveston, Texas this 23rd day of October, 2006.

_____
Samuel B. Kent
United States District Judge