IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. G-05-07 |
| | § | CIVIL ACTION NO. G-06-797 |
| KENTE AMIN ANTHONY | § | |

**ORDER OF DISMISSAL**

Pursuant to this Court's Opinion and Order of even date herewith, the "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Instrument no. 53) of Kente Amin Anthony, is **DISMISSED for lack of jurisdiction.**

**THIS IS A FINAL APPEALABLE ORDER.**

**DONE** at Galveston, Texas, this 10th day of January, 2007.


Samuel B. Kent
United States District Judge